IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-0383 WYD-OES

CHRISTOPHER A. CORDOVA,

Plaintiff,

v.

ECHOSTAR TECHNOLOGIES CORPORATION,

Defendant.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

UPON CONSIDERATION of the Stipulation for Dismissal with Prejudice filed all parties in this civil action, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice, with each party to pay his or its own costs and attorney fees.

Dated:  July 6, 2005

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          U. S. District Judge