IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-383-WYD-OES

CHRISTOPHER A. CORDOVA,

     Plaintiff(s),

v.

ECHOSTAR TECHNOLOGIES,

     Defendant(s).

_____

**ORDER OF DISMISSAL**
_____

The parties have filed a Stipulation for Dismissal, with Prejudice on July 6, 2005.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney fees.

Dated this 6th day of July, 2005.

                                      BY THE COURT:


                                      s\ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      United States District Judge